## Commonwealth *v.* Pici, Appellant.

Before McCarthy, J., without a jury.

Argued November 12, 1974. *Paul Bogdon,* for appellant; *Charles W. Johns,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Robinson.

Before Flaherty, Jr., J., without a jury.

Argued November 13, 1974. *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Wendell G. Freeland,* for appellee.

Order affirmed.

Van der Voort, J., dissents.